UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADRIAN CARR,

        Petitioner,                                         JUDGMENT
                                                                       06-CV-2724 (RRM)
   - against -

JAMES BERBARY,

        Respondent.
-----------------------------------------------------------X

      A Memorandum and Order having been filed this day, denying the petition for a writ of habeas corpus, denying a certificate of appealability, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that petitioner take nothing of respondent; and that the petition for a writ of habeas corpus is denied; that a certificate of appealability is denied; and that this case is hereby closed.  The Clerk of the Court is directed to send a copy of this Judgment and the accompanying Memorandum and Order to the petitioner.


Dated: Brooklyn, New York                                        *Roslynn R. Mauskopf*
       February 20, 2013                                             _____
                                                                            ROSLYNN R. MAUSKOPF
                                                                            United States District Judge